# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL W. BRANNIES, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) CV414-155 |
| INTERNET ROI, INC., D/B/A AMERICAN OVERLOOK, | ) ) ) |
| Defendant. | ) |

## ORDER

The Court in this defamation case directed the parties to submit a proposed discovery plan consistent with the jurisdictional issue inhering in the defendant's pending motion to dismiss. Doc. 19. The parties have complied, and the Court hereby incorporates the deadlines contained in their Proposed Discovery Plan. Doc. 23.

**SO ORDERED**, this day of October, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA