AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Michael W. Brannies

                JUDGMENT IN A CIVIL CASE

v.                CASE NUMBER: CV414-155

Internet ROI, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of March 13, 2015 granting the defendant's motion to dismiss, judgment is entered dismissing this complaint.

| March 13, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Elizabeth C. W___*
(By) Deputy Clerk